In the Matter of RUMSEY MANUFACTURING CORPORATION, Respondent. EDWARD CORSI, as Industrial Commissioner of the State of New York, Appellant.

Submitted February 17, 1947; decided February 21, 1947.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements.   [See 296 N. Y. 113.]

In the Matter of SAMUEL SHILLITANI, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, et al., Respondents.

Submitted February 17, 1947; decided February 21, 1947.

Motion by appellant for reargument and to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 161.]